UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JESSIE LEWIS,<br>　　　　Defendant. | Case No. 09-cr-00323-SI-1<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 45 |
|---|---|

It has come to the Court's attention that in October 2010 defendant filed a motion for an extension of time to file a motion under 28 U.S.C. § 2255. For reasons that are unclear to the Court, the undersigned did not receive a copy of the motion.

On July 31, 2013, the Court received a letter from Mark Wilfing, Residential Reentry Manager, Federal Bureau of Prisons, informing the Court that defendant had escaped from federal custody. The Court has since been informed by the U.S. Probation Office that defendant was subsequently arrested, released back to the Bureau of Prisons, and completed his sentence in this case on April 18, 2014.

Accordingly, in light of subsequent events in this case, the Court DENIES defendant's motion as moot.

**IT IS SO ORDERED**.

Dated: January 21, 2015

_____
SUSAN ILLSTON
United States District Judge